and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRITZ LEOPOLD SCHMIDT, JR., Appellant, v. THE GUARANTY TRUST COMPANY OF NEW YORK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH DEWYCKOFF, Respondent, v. VANADIUM CORPORATION OF AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MARGARET V. CONNERS, Appellant, for an Order Canceling and Discharging of Record an Alleged Attorney's Lien Filed, etc., by SIMEON T. FLANAGAN, an Attorney, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that there is no authority for a summary order in this proceeding. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IVAN V. GORUSHKIN, Appellant, v. SAMUEL A. GLUSHANOK and Another, Respondents.— Order of December 3, 1923, modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Bills of particulars to be served within twenty days. Appeal from order of December 22, 1923, dismissed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRIED, MENDELSON & COMPANY, Appellant, v. EDMUND HALSTEAD, LTD., Respondent.— Order affirmed, with ten dollars costs and disbursements. Bill of particulars to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATE ISRAEL, Respondent, v. DAVID ISRAEL, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL C. NESSLER, Respondent, v. JOSEPH GREER, INC., Appellant.— Order modified by vacating notice of examination as to item " 8 " thereof, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM H. FRASSE, Appellant, v. JOHN E. VAN WIE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM H. FRASSE, Respondent, v. JOHN E. VAN WIE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BUSH TERMINAL BUILDINGS COMPANY, Respondent, v. JOSEPH M. HERBERT, Individually and as Surviving Partner, etc., and as Executor, etc., of JOHN F. HERBERT, SR., Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE SCHAETTLER, Doing Business under the Name of His Father, F. SCHAETTLER, Respondent, v. R. & H. SIMON COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten